IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF/RESPONDENT

V.                         CASE NO. 5:14-CR-50070-001

JOSE MOLINA                                                  DEFENDANT/PETITIONER

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 37) filed in this case on January 3, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 37) is **ADOPTED IN ITS ENTIRETY**, and Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 28) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 13th day of February, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE